428 A.2d 1340

**Shirley Lillian BASS, Administratrix of Estate of Stanley Bass, Deceased, Appellant,**

v.

**COMMONWEALTH of Pennsylvania et al.**

Supreme Court of Pennsylvania.

Argued April 27, 1981.

Decided May 11, 1981.

Robert C. Daniels, Robert B. Bodzin, Philadelphia, for appellant.

John T. Kalita, Jr., Deputy Atty. Gen., Philadelphia, for appellee.

Before ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM:

The order of the Commonwealth Court is affirmed.

O'BRIEN, C. J., and WILKINSON, J., did not participate in the consideration or decision of this case.